UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMEL SANDERS, ANTERO SARREAL and SAMUEL BLANCHETT, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>   -*against*-<br><br>HOUSLANGER AND ASSOCIATES, PLLC; TODD E. HOUSLANGER; VIRGO CAPITAL, LLC; AQUARIUS CAPITAL, LLC; and DOE COMPANIES 1-10.<br><br>       Defendants. | No. 17 Civ. 8985 (DC)<br><br>**NOTICE OF MOTION** |

    PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement, the Declaration of Matthew D. Brinckerhoff, dated August 9, 2019, and exhibits thereto, and upon all prior pleadings, Plaintiffs, by their counsel Emery Celli Brinckerhoff & Abady, LLP ("ECBA"), New Economy Project ("NEP"), Mobilization for Justice, Inc. ("MFJ"), and the National Center for Law and Economic Justice ("NCLEJ"), will move this Court at the United States Courthouse, 40 Foley Square, New York, New York, before the Honorable Denny Chin, United States Circuit Judge, for an Order:

  (i)  Granting preliminary approval of the July 12, 2019 Stipulation of Settlement;

  (ii)  Granting preliminary approval to Plaintiffs' proposed plan of allocation;

  (iii)  Certifying the settlement class and appointing Plaintiff Blanchett as the class representative and ECBA, NEP, MFJ, and NCLEJ as class counsel for the settlement class;

(iv) Approving the form, content and manner of notice to the settlement classes and authorizing notice to be distributed in that manner;

(v) Approving RG2 Claims Administration LLC to serve as the Settlement Claims Administrator;

(vi) Setting a hearing date for consideration of final approval of the settlement; and

(vii) Granting such other and further relief as may be just and proper.

Dated: August 9, 2019
New York, New York

      EMERY CELLI BRINCKERHOFF
       & ABADY LLP
      By: _____/s/_____
      Matthew D. Brinckerhoff
      Debra L. Greenberger
      600 Fifth Avenue, 10th Floor
      New York, New York 10020
      212-763-5000

      NEW ECONOMY PROJECT (NEP)
      Susan Shin
      121 W 27th Street, Suite 804
      New York, NY 10001
      212-680-5100

      MOBILIZATION FOR JUSTICE, INC.
      Carolyn E. Coffey and
      Ariana Lindermayer, of counsel to
      Jeanette Zelhof
      100 William Street, 6th Floor
      New York, New York 10038
      212-417-3701

      NATIONAL CENTER FOR LAW AND
      ECONOMIC JUSTICE
      Claudia Wilner
      Of counsel to New Economy Project
      275 Seventh Avenue, Suite 1506
      New York, NY 10001-6708
      212-633-6967

      *Attorneys for Plaintiffs*