# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

DIANE L. HOUK

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
NICK BOURLAND
ANDREW K. JONDAHL

January 24, 2020

*Via ECF*

The Honorable Denny Chin
United States Circuit Judge
United States Court of Appeals for the Second Circuit
Thurgood Marshall U. S. Courthouse
40 Foley Square
New York, NY 10007-1502

Re: *Sanders v. Houslanger and Associates, PLLC, et al.*,
17 Civ. 8985 (DC)

Dear Judge Chin:

We write on behalf of the Plaintiff class to request that our motion seeking final approval of our class action settlement be extended from January 30, 2020 to February 11, 2020 and move subsequent response and reply deadlines accordingly. We do not seek any extension of the scheduled February 26, 2020 fairness hearing. We have conferred with Defendants and they **do not object** to this request.

This extension would permit counsel time to confer with the claims administrator about the claims received by the January 14, 2020 deadline and analyze those claims to prepare a fulsome submission to the Court. The Court originally set the January 30, 2020 deadline to be two weeks before the then-scheduled February 13, 2020 fairness hearing. *See* Dkt. 84. The Court then moved the fairness hearing until February 26, 2020, without moving any of the prior deadlines. *See* Dkt. 85. Accordingly, the schedule Plaintiffs propose provides the Court with the same amount of time to consider the submissions before the Fairness Hearing as the Court originally envisioned. Moreover, the claims administrator has not received any objection requests nor has there been any notice of appearance by any attorney who sought to object; the deadlines for both have passed. Accordingly, we do not anticipate that anyone will file any objections or responses to our motion for final approval. In an abundance of caution however, consistent with the Court's prior scheduling order, we would ask that the deadline for any responses to our motions be filed and served no later than Tuesday February 18, 2020 and reply papers in support of approval be filed by Monday, February 24, 2020.

*[Handwritten annotation:] Application GRANTED. These dates are approved. SO ORDERED. 1-27-2020   USCJ*

Emery Celli Brinckerhoff & Abady LLP
Page 2

      Thank you in advance for your consideration. We are available should the Court have any questions.

Respectfully Submitted,

/s/
Debra L. Greenberger

c.    All Counsel of Record (via ECF)