UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMEL SANDERS, ANTERO SARREAL and SAMUEL BLANCHETT, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>   -*against*-<br><br>HOUSLANGER AND ASSOCIATES, PLLC; TODD E. HOUSLANGER; VIRGO CAPITAL, LLC; AQUARIUS CAPITAL, LLC; and DOE COMPANIES 1-10.<br><br>       Defendants. | No. 17 Civ. 8985 (DC)<br><br>**NOTICE OF MOTION** |

    PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Settlement, the Declaration of Matthew D. Brinckerhoff, dated February 11, 2020, with exhibits thereto, the Declaration of Dana Boub dated February 10, 2020, with exhibits thereto, and upon all prior pleadings, Plaintiff Blanchett and the certified Class, by their counsel Emery Celli Brinckerhoff & Abady, LLP ("ECBA"), New Economy Project ("NEP"), Mobilization for Justice, Inc. ("MFJ"), and the National Center for Law and Economic Justice ("NCLEJ"), will move this Court before the Honorable Judge Denny Chin, Circuit Judge for the United States Court of Appeals for the Second Circuit sitting by designation, at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 519, at 11:00, at the fairness hearing scheduled for February 26, 2020 or as soon thereafter as counsel may be heard, for an order finally approving the parties' proposed settlement and approving the requested attorneys' fees and costs and service award.

Dated: February 11, 2020
      New York, New York

                              EMERY CELLI BRINCKERHOFF
                                &amp; ABADY LLP

                              By: _____/s/_____
                              Matthew D. Brinckerhoff
                              Debra L. Greenberger
                              600 Fifth Avenue, 10th Floor
                              New York, New York 10020
                              212-763-5000

                              NEW ECONOMY PROJECT
                              Susan Shin
                              121 W 27th Street, Suite 804
                              New York, NY 10001
                              212-680-5100

                              MOBILIZATION FOR JUSTICE, INC.
                              Carolyn E. Coffey and
                              Ariana Lindermayer, of counsel to
                              Jeanette Zelhof
                              100 William Street, 6th Floor
                              New York, New York 10038
                              212-417-3701

                              NATIONAL CENTER FOR LAW AND
                              ECONOMIC JUSTICE
                              Claudia Wilner
                              Of counsel to New Economy Project
                              275 Seventh Avenue, Suite 1506
                              New York, NY 10001-6708
                              212-633-6967

                              *Attorneys for Plaintiff and the Certified Class*