UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

RAMEL SANDERS, ANTERO SARREAL and
SAMUEL BLANCHETT, on behalf of
themselves and all others
similarly situated,

              Plaintiffs,

- against -

HOUSLANGER AND ASSOCIATES, PLLC;
TODD E. HOUSLANGER; VIRGO
CAPITAL, LLC; AQUARIUS CAPITAL,
LLC; and DOE COMPANIES 1-10,

              Defendants.

- - - - - - - - - - - - - - - - - -x

JUDGMENT

17 Civ. 8985(DC)

      As set forth in the Order Approving Settlement dated February 26, 2020 (the "Order"), the claims asserted in this action are hereby dismissed on the merits with prejudice, without fees or costs to any party except as provided in the Order and the Stipulation of Settlement previously entered in this action.

      SO ORDERED.

Dated:  New York, New York
        February 26, 2020

                                    DENNY CHIN
                                    United States Circuit Judge
                                    Sitting By Designation